In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-20-00046-CV
_____

### ANITA ANN GARY LAWLESS, Appellant

### V.

### JEFFREY PAUL GARY, INDEPENDENT EXECUTOR OF THE ESTATE OF CALVIN J. GARY, Appellee

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 134,732**

_____

### MEMORANDUM OPINION

Anita Ann Gary Lawless, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

1

Submitted on October 27, 2021
Opinion Delivered November 18, 2021

Before Kreger, Horton and Johnson, JJ.